**In re Nomination Petition of John Hartwell HILLMAN, IV.**

**Petition of H. Woodruff TURNER.**

**Appeal of John Hartwell HILLMAN, IV, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 28, 1996.

Decided April 3, 1996.

Charles A. Knoll, Jr., Pittsburgh, for John Hartwell Hillman, IV.

Linda J. Shorey, Harrisburg, for H. Woodruff Turner.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### *ORDER*

PER CURIAM.

The order of the Commonwealth Court is AFFIRMED.

NEWMAN, J. did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Thomas SEVERNS, Petitioner.**

Supreme Court of Pennsylvania.

April 3, 1996.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of April, 1996, the Petition for Allowance of Appeal is hereby **GRANTED.** The Order of the Superior Court vacating the sentence of probation without verdict is affirmed. The matter is remanded to the trial court for entry of a verdict on the first count of the indictment, possession of a controlled substance, and for resentencing in a manner consistent with the opinion of the Superior Court. Jurisdiction is relinquished.